

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00092-CR

---

BOBBY DALE WATSON, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2019F00203

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Bobby Dale Watson pled guilty to the offense of possession of a controlled substance, and the trial court placed him on deferred adjudication community supervision for five years, assessed a fine of $1500.00, and ordered him to pay court costs and restitution. On July 20, 2023, the State filed a motion to proceed to adjudication, alleging, among other things, that Watson admitted to using methamphetamine on fifteen occasions.

Watson's notice of appeal indicated that he was appealing "from the judgment rendered against him." Sentence was imposed in this matter on September 26, 2023, and it does not appear from the record that Watson filed a motion for new trial. As a result, his notice of appeal was due on or before October 26, 2023. *See* TEX. R. APP. P. 26.2(a)(1). Watson's notice of appeal was filed on May 7, 2024, well after the October 26, 2023, deadline. The Texas Court of Criminal Appeals has expressly held that, without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998).

On June 10, 2024, we sent a letter to Watson's appellate counsel asking that he show this Court how it had jurisdiction over this appeal. Counsel filed a response, but he failed to demonstrate that his notice of appeal was timely filed or that we have jurisdiction over this appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.


                                    Charles van Cleef
                                    Justice

Date Submitted:    July 11, 2024
Date Decided:      July 12, 2024

Do Not Publish